# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:23-CR-68 (WLS-TQL-1) |
| | : |
| DONALD PATRICK PARR, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

The Court intends to notice this case for the February 2025 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Wednesday, November 27, 2024,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

**SO ORDERED**, this 20th day of November 2024.

    /s/ W. Louis Sands
    **W. LOUIS SANDS, SR. JUDGE**
    **UNITED STATES DISTRICT COURT**

1