# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-68 (WLS-TQL-1) |
| | : | |
| DONALD PATRICK PARR, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Government's Motion to Specially Set the Trial Within the Court's May Trial Term (Doc. 56). In the Motion, the Government requests that the trial in the case begin no earlier than May 7, 2025, or be scheduled for May 12, 2025, due to unavailability of a witness. For good cause shown, the Motion (Doc. 56) is **GRANTED**. The trial in the case will begin no earlier than May 12, 2025.

**SO ORDERED**, this 15th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1