# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:23-CR-68 (WLS-ALS-1) |
| | : |
| DONALD PATRICK PARR, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

The Court has conducted a preliminary review of the Parties' pretrial filings. The Government seeks to introduce evidence of Defendant's prior convictions to prove the Armed Career Criminal Act ("ACCA") enhancement alleged in the Superseding Indictment. The Government's proffered evidence raises two issues: (1) Is the Court required to bifurcate the proceedings into a guilt phase, and then an ACCA phase, to mitigate any undue prejudicial effect of Defendant's prior convictions? And (2) to what extent, if any, should the Government's exhibits related to those convictions be redacted?

The Parties are noticed that they must be prepared to discuss these issues with the Court in chambers on **Monday, May 12, 2025, at 8:30 A.M.** prior to jury selection.

**SO ORDERED**, this 9th day of May 2025.

                                                  **/s/ W. Louis Sands**
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**