**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-68 (WLS-ALS) |
| DONALD PATRICK PARR, | : |
| Defendant. | : |

**ORDER**

The Defendant, having been convicted of Count I of the Indictment, is hereby set for sentencing on **Thursday, September 4, 2025**, or as otherwise ordered by the Court. Defendant is **ORDERED** to comply with the United States Probation Office in preparing a presentencing investigation report. Defendant shall remain in custody pending further order of the Court.

**SO ORDERED**, this 13th day of May 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATESDISTRICT COURT**

1